■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

THOMAS ACEVEDO, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Fisher, J.), rendered October 13, 1987, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant was convicted of criminal sale of a controlled substance in the third degree primarily upon the testimony of the undercover police officer to whom he sold the controlled substance. Viewing the evidence in a light most favorable to the prosecution *(People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The defendant failed to object to the allegedly prejudicial effect of certain statements made during the prosecutor's summation *(see,* CPL 470.05 [2]; *People v Nuccie,* 57 NY2d 818; *People v Baldo,* 107 AD2d 751). In any event, the defendant's contentions are without merit *(see, People v Martin,* 112 AD2d 387; *People v Lopez,* 104 AD2d 904). The defendant's argument that there was a pattern of improper questioning by the prosecutor is similarly not supported by the record and without merit. Brown, J. P., Kooper, Harwood and Rosenblatt, JJ., concur.